BUDDY CHESSEN, JOE ROEMER and JIMMIE HURST, Appellants, v. STATE, Appellee.

198 So. 802
Division A
Opinion Filed November 22, 1940

*H. B. S. Hammond,* for Buddy Chessen and *Warren B. Parks,* for Joe Roemer and Jimmie Hurst, Appellants;

*George Couper Gibbs,* Attorney General, and *William Fisher, Jr.,* Assistant Attorney General, for Appellee.

PER CURIAM.—A careful review of the record in this case has failed to reveal any reversible error, consequently, the judgment appealed from is—

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

CHAPMAN, J., concurs in opinion and judgment.

Justices WHITFIELD and BROWN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.